PEOPLE ex rel. OLIN et al. v. HENNESSY et al. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Proceeding by the People of the State of New York, on the relation of Stephen H. Olin and others, as executors, etc., against Joseph F. Hennessy and others. No opinion. Motion granted. Order filed. See, also, 154 App. Div. 109, 138 N. Y. Supp. 659; 159 App. Div. 814, 144 N. Y. Supp. 879.

PEOPLE ex rel. PEIXOTTO v. BOARD OF EDUCATION. (Supreme Court, Appellate Division, First Department. March 13, 1914.) Proceeding by the People of the State of New York, on the relation of Bridget C. Peixotto, against the Board of Education. No opinion. Motion granted. Settle order on notice. See, also, 160 App. Div. 557, 145 N. Y. Supp. 853.

PEOPLE ex rel. PFEIFER v. WALDO, Police Com'r. (Supreme Court, Appellate Division, Second Department. March 13, 1914.) Proceeding by the People of the State of New York, on the relation of Charles Pfeifer, against Rhinelander Waldo, as Police Commissioner of the City of New York. No opinion. Determination reversed, as against the evidence, and the penalty vacated, with $50 costs and disbursements.

PEOPLE ex rel. REARDON v. WALDO, Police Com'r. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Proceeding by the People of the State of New York, on the relation of Michael F. Reardon, against Rhinelander Waldo, as Police Commissioner of the City of New York. No opinion. Determination confirmed, with $50 costs and disbursements.

PEOPLE ex rel. ROACHE v. HANBURY. (Supreme Court, Appellate Division, Second Department. March 27, 1914.) Proceeding by the People of the State of New York, on the relation of J. Benedict Roache, against Harry A. Hanbury. No opinion. Motions denied, upon condition that appellant perfect his appeal from the order adjudging him in contempt (145 N. Y. Supp. 483), place the case upon the April calendar, and be ready for argument when reached; otherwise, motions granted, with $10 costs. See, also, 145 N. Y. Supp. 1126.

PEOPLE ex rel. STEWART, Appellant, v. CARLISLE, Com'r of Highways, Respondent. (Supreme Court, Appellate Division, Third Department. March 4, 1914.) Proceeding by the People of the State of New York, on the relation of Spencer J. Stewart, against John N. Carlisle, as Commissioner of Highways of the State of New York. No opinion. Order unanimously affirmed, with costs.

PEOPLE ex rel. SULZER v. SOHMER, State Comptroller. (Supreme Court, Appellate Division, Third Department. March 13, 1914.) Proceeding by the People of the State of New York, on the relation of William Sulzer, against William Sohmer, as Comptroller of the State of New York. No opinion. Order affirmed, without costs, as matter of law, and not in the exercise of discretion.

PEOPLE ex rel. TWILLMAN v. WALDO, Police Com'r. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Proceeding by the People of the State of New York, on the relation of Christian Twillman, against Rhinelander Waldo, as Police Commissioner of the City of New York. No opinion. Determination annulled, with $50 costs and disbursements, upon the ground that the evidence fails to satisfactorily establish culpable neglect of duty, and relator reinstated.

PEOPLE ex rel. VON CLAUSEN v. HANLEY, Warden. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Proceeding by the People of the State of New York, on the relation of Ida Von Clausen, against John Hanley, Warden, etc. No opinion. Motion denied. Order filed. See, also, 145 N. Y. Supp. 1141; 146 N. Y. Supp. 1108.

PEOPLE ex rel. VON CLAUSEN v. HANLEY, Warden. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Proceeding by the People of the State of New York, on the relation of Ida Von Clausen, against John J. Hanley, Warden, etc. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order filed. See, also, 146 N. Y. Supp. 1108.

PEOPLE ex rel. WEAVER v. WALDO, Police Com'r. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Proceeding by the People of the State of New York, on the relation of Arthur H. Weaver, against Rhinelander Waldo, as Police Commissioner of the City of New York. No opinion. Determination confirmed, with $50 costs and disbursements.

PEOPLE ex rel. ZIEGENHAIN, Respondent, v. ZIEGENHAIN, Appellant. (Supreme Court, Appellate Division, First Department. March 6, 1914.) Proceeding by the People of the State of New York, on the relation of Elfreda Ziegenhain, against Herman Ziegenhain. A. P. Wagener, of New York City, for appellant. J. D. Carr, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

In re PERCIVAL'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. March 4, 1914.) In the matter of the estate of William G. Percival, deceased. PER CURIAM. Decree of Surrogate's Court (79 Misc. Rep. 567, 141 N. Y. Supp. 180) mod-